JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JASON ABHYANKAR,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No. SACV 09-0696-JST (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 08.02.11

Josephine Staton Tucker
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY